IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| VANESSA DATES-BELL,<br><br>Plaintiff,<br><br>v.<br><br>JORDAN YANCY; CARNESIA MACK; and WENDY MILLER,<br><br>Defendants. | ) | CV 326-042 |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 2nd day of September, 2026, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE